*General Jackson, Assistant Attorney General Morris,* and Mr. *J. Louis Monarch* for respondent.

No. 440. CANNON *v.* TINKHAM. December 5, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. Messrs. *Robert H. McNeill* and *Claude L. Dawson* for petitioner. Messrs. *Roger J. Whiteford* and *P. H. Marshall* for respondent.

No. 450. JONES *v.* ST. PAUL FIRE & MARINE INS. CO. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Mr. *Daniel MacDougald* for petitioner. Mr. *Lloyd E. Elliott* for respondent.

No. 433. NEWCOMB *v.* UNITED STATES. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Mr. *James E. Fenton* for petitioner. *Solicitor General Jackson, Assistant Attorney General McFarland,* and Mr. *Oscar A. Provost* for the United States.

No. 443. MARYLAND CASUALTY CO. *v.* UNITED STATES FOR THE USE OF HARRINGTON, ADMINISTRATOR, ET AL. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Mr. *Frank Gibbons* for petitioner. Mr. *John S. Powers* for Harrington, and Mr. *Arthur E. Sutherland, Jr.* for Bonsignore et al., respondents.

No. 444. SIMMONS, TRADING AS PARIS IMPORT CO., ET AL. *v.* FARLEY, POSTMASTER GENERAL. December 5, 1938.

Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Horace J. Donnelly, Jr.* for petitioners. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

No. 445. CASTELL, ANCILLARY EXECUTOR, *v.* UNITED STATES. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles D. Hamel, John Enrietto,* and *Brainard Avery* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *A. F. Prescott* for the United States.

No. 451. DUBISKE *v.* UNITED STATES. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lloyd F. Loux* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Paul R. Russell* for the United States.

No. 452. OHIO CASUALTY INSURANCE Co. *v.* MARR ET AL. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Raymond G. Brown* for petitioner. No appearance for respondents.

No. 457. MARKS *v.* UNITED STATES. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Allen*